**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

ORIGINAL

Cover Sheet

RECEIVED
AUG 26 2013
OFFICE OF THE CLERK
U.S. COURT OF FED

#075520

13-608 C

Plaintiff(s) or Petitioner(s)
Bryndon Fisher and Bruce Reid, derivatively on behalf of the Federal National Mortgage Association

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)):  Noah M. Schubert

Firm Name: Schubert Jonckheer & Kolbe LLP

Post Office Box:

Street Address: 3 Embarcadero Ctr Ste 1650

City-State-Zip: San Francisco, CA 94111

Telephone & Facsimile Numbers: Ph: 415-788-4220  Fx: 415-788-0161

E-mail Address: nschubert@schubertlawfirm.com

Is the attorney of record admitted to the Court of Federal Claims Bar?  ☑Yes  ☐ No
Does the attorney of record have a Court of Federal Claims ECF account?  ☑Yes  ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code:  5  1  4

Select only one (three digit) nature-of-suit code from the attached sheet.
If number 213 is used, please identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code:  T  R  E

See attached sheet for three-digit codes.

Amount Claimed: $63.8 billion (estimate)
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required?  ☐ Yes  ☑ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $_____
Is plaintiff a small business?  ☐ Yes  ☐ No

Vaccine Case:
Date of Vaccination: _____

Related Cases:
Is this case directly related to any pending or previous case?  ☑Yes  ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.