IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BRYNDON FISHER and BRUCE REID, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 13-608C (Judge Sweeney) |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of _____Kenneth M. Dintzer_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

KENNETH M. DINTZER
Acting Deputy Director
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044


    s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Acting Deputy Director
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-0385
Facsimile: (202) 514-8624
Email: Kenneth.Dintzer@usdoj.gov

Dated: September 3, 2013