## UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WASHINGTON FEDERAL, MICHAEL McCREDY BAKER, and CITY OF AUSTIN POLICE RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>     Defendant. | Case No. 13-cv-00385-MMS |
| JOSEPH CACCIAPALLE and MELVIN BAREISS, On Behalf of Themselves and All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>     Defendant. | Case No. 13-cv-00466-MMS |
| AMERICAN EUROPEAN INSURANCE COMPANY, On Behalf of itself and All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>     Defendant. | Case No. 13-cv-00496-MMS |

| | |
|---|---|
| FRANCIS J. DENNIS,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 13-cv-00542-MMS |
| BRYNDON FISHER and BRUCE REID, derivatively on behalf of Federal National Mortgage Association,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant,<br><br>and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Nominal Defendant | Case No. 13-cv-00608-MMS |
| ERICK SHIPMON, derivatively on behalf of Federal National Mortgage Association,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant,<br><br>and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Nominal Defendant. | Case No. 13-cv-00672-MMS |

### ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO JOINT MOTION FOR CONSOLIDATION, COORDINATION AND APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL

Plaintiffs Bryndon Fisher and Bruce Reid, who have filed in this Court a derivative action on behalf of Federal National Mortgage Association against the United States, Case No. 13-cv-00608-MMS ("*Fisher*"), and Plaintiff Erick Shipmon, who has filed in this Court a derivative action on behalf of Federal National Mortgage Association against the United States, Case No.13-cv-00672-MMS ("*Shipmon*"), hereby move to extend the time to respond to the Amended Joint Motion for Consolidation, Coordination and Appointment of Interim Co-Lead Class Counsel in the present action (Dkt. #22) (the "Consolidation Motion") until October 14, 2013. Among other things, the Consolidation Motion seeks to consolidate the *Fisher* and *Shipmon* actions with various other non-derivative class actions in the present action and appoint interim co-lead class counsel.

The *Fisher* and *Shipmon* Plaintiffs' response to the Consolidation Motion is currently due September 30, 2013. The reason that the *Fisher* and *Shipmon* Plaintiffs seek this extension is that one of their primary attorneys, attorney of record Noah Schubert, is presently out of the country and unavailable. He is returning to the office September 30, 2013, the date the response is currently due. As such, the *Fisher and Shipmon* Plaintiffs respectfully request additional time to respond to the Consolidation Motion.

Counsel for the Plaintiffs who have filed the Consolidation Motion (the "Washington Federal Plaintiffs" and the "Cacciapalle Plaintiffs", as defined on page 1 of the Consolidation Motion), as well as counsel for the Defendant United States of America, have indicated that those parties have no objection to this motion for a two-week extension of time to respond to the Consolidation Motion.

| | |
|---|---|
| DATED: September 23, 2013 | **SCHUBERT JONCKHEER & KOLBE LLP** |
| | |
| | **By:** _____/s/_____ |
| | Noah M. Schubert |
| | Attorney of Record |
| | *nschubert@schubertlawfirm.com* |
| | |
| | Three Embarcadero Ctr Ste 1650 |
| | San Francisco, CA 94111-4018 |
| | Ph: 415-788-4220 |
| | Fx: 415-788-0161 |
| | |
| **Of Counsel:** | **SCHUBERT JONCKHEER & KOLBE LLP** |
| | |
| | Robert C. Schubert |
| | *rschubert@schubertlawfirm.com* |
| | |
| | Miranda P. Kolbe |
| | *mkolbe@schubertlawfirm.com* |
| | |
| | Three Embarcadero Ctr Ste 1650 |
| | San Francisco, CA 94111-4018 |
| | Ph: 415-788-4220 |
| | Fx: 415-788-0161 |
| | |
| | **SHAPIRO HABER & URMY LLP** |
| | |
| | Edward F. Haber |
| | *ehaber@shulaw.com* |
| | |
| | 53 State Street |
| | Boston, MA 02109 |
| | Ph: 617-439-3939 |
| | Fx: 617-439-0134 |
| | |
| | *Attorneys for Plaintiffs Bryndon Fisher, Bruce Reid, and Erick Shipmon,* |
| | *derivatively on behalf of Federal National Mortgage Association,* |

4.

## CERTIFICATE OF SERVICE

I, the undersigned, state that I am a citizen of the United States and am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Schubert Jonckheer & Kolbe LLP, Three Embarcadero Center, Suite 1650, San Francisco, California 94111; that on the date set out below, I served a true copy of the foregoing

1. ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO JOINT MOTION FOR CONSOLIDATION, COORDINATION AND APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL

on the persons listed below, by electronic transmission to the email addresses listed below:

| | |
|---|---|
| *American European Ins. Co.* v. *United States,* No. 13-cv-00496<br><br>Charles J. Piven<br>Brower Piven<br>1925 Old Valley Road<br>Telephone: 410-332-0030<br>Facsimile: 410-685-1300<br>Email: piven@browerpiven.com<br><br>Jeremey A. Lieberman<br>Lesley F. Portnoy<br>Pomerantz Grossman Hufford Dahlstrom & Gross LLP<br>600 Third Avenue, 20th Floor<br>New York, New York 10006<br>Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665<br>Email: jalieberman@pomlaw.com<br>Email: lfportnoy@pomlaw.com<br><br>*Counsel for Plaintiff American European Insurance Company* | *Dennis* v. *United States,* No. 13-cv-00542<br><br>Jay W. Eisenhofer<br>Geoffrey C. Jarvis<br>123 Justison Street<br>Wilmington, DE 18901<br>Telephone: (302) 622-7000<br>Facsimile: (302) 622-7100<br>Email: jeisenhofer@gelaw.com<br>Email: gjarvis@gelaw.com<br><br>*Counsel for Plaint(fJ Francis J Dennis* |
| *Fairholme, et al* v. *United States,* No. 13-cv-00465<br><br>Charles J. Cooper<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Avenue, N.W. | *Cacciapelle, et al. v. United States,* No. 1:13-cv-00466<br><br>Hamish P.M. Hume<br>Boies Schiller & Flexner LLP (DC)<br>5301 Wisconsin Avenue, NW |

| | |
|---|---|
| Washington, D.C. 20036<br>Telephone: (202) 220-9600<br>Facsimile: (202) 220-9601<br>Email: ccooper@cooperkirk.com<br><br>*Counsel for Plaintiff Fairholme Funds, et al.* | Suite 800<br>Washington, DC 20015<br>(202) 220-9600<br>Email: hhume@bsfllp.com<br><br>*Counsel for Plaintiffs Jopseh Cacciapelle and Melvin Bareiss* |
| *Fairholme Funds, Inc., et al. v. United States,* No. 13-cv-00465-MMD<br><br>Charles J. Cooper<br>Cooper & Kirk, PLLC<br>1523 New Hampshire, NW<br>Washington, DC 20036<br>(202) 220-9600<br>Fax: 202-220-9601<br>Email: ccooper@cooperkirk.com<br><br>*Counsel for Plaintiffs Fairholme Funds, Inc.. Acadia Insurance Company, Admiral Indemnity Company, Admiral Insurance Company, Berkeley Insurance Company, Berkeley Regional Insurance Company, Carolina Casualty Insurance Company, Continental Western Insurance Company, Midwest Employers Casualty Insurance Company, Nautilus Insurance Company, Preferred Employers Insurance Company, and The Fairholme Fund* | *Washington Federal, et al. v. United States,* No. 13-cv-00385-MMS<br><br>Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1918 8th Avenue<br>Suite 3300<br>Seattle, WA 98101<br>206-623-7292<br>Fax: 206-623-0594<br>Email: steve@hbsslaw.com<br><br>*Counsel for Plaintiffs Washington Federal, Michael McCredy Baker, and City of Austin Police Retirement System* |
| Edward F. Haber<br>Shapiro Haber & Urmy LLP<br>53 State Street<br>Boston, MA 02109<br>(617) 439-3939<br>Fax: (617) 439-0134<br>Email: ehaber@shulaw.com<br><br>*Counsel for Plaintiff Erick Shipmon, and Plaintiffs Bryndon Fisher and Bruce Reid* | Kenneth M. Dintzer<br>Acting Deputy Director<br>Commercial Litigation Branch<br>Civil Division<br>Unites States Department of Justice<br>PO Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-0385<br>Facsimile: (202) 307-0972<br>Email: KDintzer@CIV.USDOJ.GOV<br><br>*Counsel for The United States of America* |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of September, 2013, in San Francisco, California.

*[signature]*

Jackie Zaneri