# In the United States Court of Federal Claims

No. 13-608 C
(Filed: September 24, 2013)

```
*************************************
BRYNDON FISHER, et al.,              *
                                     *
                Plaintiffs,          *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
                Defendant.           *
*************************************
```

## ORDER

On September 23, 2013, plaintiffs' filed an unopposed motion for enlargement of time to respond to the amended joint motion for consolidation, coordination and appointment of interim co-lead class counsel. For good cause shown, the motion is **granted**, and plaintiffs' response is due no later than **Tuesday, October 15, 2013**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY