IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Bryndon Fisher** and **Bruce Reid**, derivatively on behalf of **Federal National Mortgage Association**,<br><br>  Plaintiffs,<br>  v.<br><br>**The United States of America**,<br><br>  Defendant,<br><br>and **Federal National Mortgage Association**<br><br>  Nominal Defendant. | No. 13-608 C (MMS) |

### PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO STAY OR, IN THE ALTERNATIVE, FOR AN ENLARGEMENT OF TIME

Plaintiffs Bryndon Fisher and Bruce Reid hereby respond to the Defendant United States government's motion to stay, or in the alternative, for an enlargement of time to respond to the complaint in this action. Plaintiffs do not oppose the government's request for a stay of all deadlines in this case pending restoration of appropriations for the Department of Justice. Plaintiffs do oppose Defendant's alternative request for a 90-day enlargement of time to respond to the complaint.

Instead, Plaintiffs' propose that the Court: (1) stay all deadlines in this case pending restoration of appropriations for the Department of Justice and (2) require Defendant to respond to the complaint within 60 days of the date when appropriations for the Department of Justice are restored.

|  |  |
|---|---|
| DATED: October 11, 2013 | **SCHUBERT JONCKHEER & KOLBE LLP** |
|  | BY: /s/<br>    NOAH M. SCHUBERT |

Noah M. Schubert
Attorney of Record
*nschubert@schubertlawfirm.com*

Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
Ph: 415-788-4220
Fx: 415-788-0161

OF COUNSEL:                               **SCHUBERT JONCKHEER & KOLBE LLP**

Robert C. Schubert
*rschubert@schubertlawfirm.com*

Miranda P. Kolbe
*mkolbe@schubertlawfirm.com*

Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
Ph: 415-788-4220
Fx: 415-788-0161


**SHAPIRO HABER & URMY LLP**

Edward F. Haber
*ehaber@shulaw.com*

53 State Street
Boston, MA 02109
Ph: 617-439-3939
Fx: 617-439-0134

*Attorneys for Plaintiffs*