# In the United States Court of Federal Claims

No. 13-608 C
(Filed:  October 15, 2013)

```
*************************************
BRYNDON FISHER, et al.,              *
                                     *
              Plaintiffs,            *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
              Defendant.             *
*************************************
```

### ORDER

On October 10, 2013, defendant filed a motion for stay of the proceedings due to the lapse of appropriations to the Department of Justice or, in the alternative, for an enlargement of time.  Plaintiffs do not oppose the stay of the proceedings but do oppose defendant's alternative request for a 90-day enlargement of time to respond to the complaint.  For good cause shown, the court hereby **GRANTS** defendant's motion for stay and all deadlines are **STAYED** until Congress has restored appropriations to the Department of Justice.  However, the stay will be lifted no later than January 23, 2014, when defendant must file its response to plaintiffs' complaint.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY