IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BRYNDON FISHER and BRUCE REID, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 13-608C |
| v. ) | (Judge Sweeney) |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE OF RESTORATION OF FUNDING

Defendant, the United States, respectfully submits this notice that Congress has restored funding to the Department of Justice. In our motion to stay, filed on October 10, 2013, we represented that we would "notify the Court as soon as Congress has appropriated funds for the Department, and will provide a suggested due date for our response to the complaint." Def. Mot. 2, Oct. 10, 2013.

On October 15, 2013, the Court granted our motion to stay. The Court stated that "the stay will be lifted no later than January 23, 2014, when defendant must file its response to plaintiffs' complaint." Order, Oct. 15, 2013.

We respectfully notify the Court that Congress has now restored funding to the Department of Justice. To the extent the stay is not lifted automatically under the terms of the Court's October 15, 2013 order, we respectfully request that the Court now lift the stay. Pursuant to the Court's October 15, 2013 order, we will submit our response to the complaint by January 23, 2014.

    Respectfully submitted,

    STUART F. DELERY
    Assistant Attorney General

|  |  |
|---|---|
|  | s/Jeanne E. Davidson |
|  | JEANNE E. DAVIDSON |
|  | Director |
|  |  |
|  | s/Kenneth M. Dintzer |
| OF COUNSEL: | KENNETH M. DINTZER |
|  | Acting Deputy Director |
| ELIZABETH M. HOSFORD | Commercial Litigation Branch |
| GREGG M. SCHWIND | Civil Division |
| Senior Trial Counsel | United States Department of Justice |
|  | PO Box 480 |
| KATY M. BARTELMA | Ben Franklin Station |
| SETH W. GREENE | Washington, D.C. 20044 |
| ERIC E. LAUFGRABEN | (202) 616-0385 |
| DANIEL B. VOLK | (202) 307-0972 fax |
| Trial Attorneys | KDintzer@CIV.USDOJ.GOV |
|  |  |
| October 17, 2013 | Attorneys for Defendant |