# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| **Bryndon Fisher** and **Bruce Reid**, derivatively on behalf of **Federal National Mortgage Association**,<br><br>              Plaintiffs,<br><br>    v.<br><br>**The United States of America**,<br><br>              Defendant,<br><br>and **Federal National Mortgage Association**<br><br>              Nominal Defendant. | No. 13-cv-00608-MMS |
| **Erick Shipmon**, derivatively on behalf of **Federal National Mortgage Association**,<br><br>              Plaintiffs,<br><br>    v.<br><br>**The United States of America**,<br><br>              Defendant,<br><br>and **Federal National Mortgage Association**<br><br>              Nominal Defendant. | No. 13-cv-00672-MMS |

**PLAINTIFFS' MOTION TO SUBSTITUTE ROBERT C. SCHUBERT
AS ATTORNEY OF RECORD FOR PLAINTIFFS**

Pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiffs Bryndon Fisher, Bruce Reid, and Erick Shipmon ("Plaintiffs") hereby move the Court for leave to substitute Robert C. Schubert ("Mr. Schubert") as Attorney of Record for Plaintiffs in the above-captioned cases, effective immediately.

Plaintiffs have retained the law firms of Schubert Jonckheer & Kolbe LLP and Shapiro Haber & Urmy LLP to represent them in all legal matters in the above-captioned cases. Mr. Schubert, a partner in Schubert Jonckheer & Kolbe LLP, has been admitted to practice law in the U.S. Court of Federal Claims.

Mr. Schubert met and conferred with the current Attorney of Record for Plaintiffs in the above-captioned cases, Noah M. Schubert, and he consented to the substitution. An affidavit of appointment is attached to this motion.

Pursuant with RCFC 83.1(c)(4)(i)(I), Plaintiffs ask that the clerk automatically enter this substitution on the docket in the above-captioned cases.

DATED: October 23, 2013       **SCHUBERT JONCKHEER & KOLBE LLP**

BY: /s/ Robert C. Schubert by Noah Schubert
      ROBERT C. SCHUBERT

Robert C. Schubert
Newly Designated Attorney of Record
*rschubert@schubertlawfirm.com*

Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
Ph: 415-788-4220
Fx: 415-788-0161

OF COUNSEL:                          **SCHUBERT JONCKHEER & KOLBE LLP**

                                     Noah M. Schubert
                                     *nschubert@schubertlawfirm.com*

                                     Miranda P. Kolbe
                                     *mkolbe@schubertlawfirm.com*

                                     Three Embarcadero Ctr Ste 1650
                                     San Francisco, CA 94111-4018
                                     Ph: 415-788-4220
                                     Fx: 415-788-0161


                                     **SHAPIRO HABER & URMY LLP**

                                     Edward F. Haber
                                     *ehaber@shulaw.com*

                                     53 State Street
                                     Boston, MA 02109
                                     Ph: 617-439-3939
                                     Fx: 617-439-0134

                                     *Attorneys for Plaintiffs*

### DECLARATION OF ROBERT C. SCHUBERT IN SUPPORT
### OF MOTION TO SUBSTITUTE ATTORNEY OF RECORD

I, Robert C. Schubert, hereby declare under penalty of perjury as follows:

1.      I am a partner at the firm Schubert Jonckheer & Kolbe LLP.

2.      I am admitted in the United States Court of Federal Claims.

3.      I, along with my firm, Schubert Jonckheer & Kolbe LLP, and my co-counsel's firm, Shapiro Haber & Urmy LLP, represent Plaintiffs Bryndon Fisher, Bruce Reid, and Erick Shipmon in the above-captioned cases.

4.      I met and conferred with the current Attorney of Record, Noah M. Schubert, and he consented to my substitution as Attorney of Record for Plaintiffs in the above-captioned cases.

I declare under penalty of perjury that the foregoing is true and correct.


EXECUTED ON: October 23, 2013            _____/s/ Robert C. Schubert_____

                                        ROBERT C. SCHUBERT