IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BRYNDON FISHER and BRUCE REID, derivatively on behalf of Federal National Mortgage Association,<br><br>  Plaintiffs,<br><br> v.<br><br>THE UNITED STATES OF AMERICA,<br><br>  Defendant.<br><br>and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>  Nominal Defendant. | Case No. 13-cv-00608-MMS<br>(Judge Sweeney) |
| ERICK SHIPMON, derivatively on behalf of Federal National Mortgage Association,<br><br>  Plaintiff,<br><br> v.<br><br>THE UNITED STATES OF AMERICA,<br><br>  Defendant.<br><br>and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>  Nominal Defendant. | Case No. 13-cv-00672-MMS<br>(Judge Sweeney) |

**PLAINTIFFS' MOTION FOR CONSOLIDATION OF SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTMENT OF LEAD COUNSEL**

Pursuant to Rules of the Court of Federal Claims 42(a) and 83.1(c), Plaintiffs Bryndon Fisher, Bruce Reid, and Erick Shipmon (collectively, the "Derivative Plaintiffs"), respectfully move this Court for an order (1) consolidating the two shareholder derivative actions pending in this Court captioned *Fisher v. United States*, No. 13-cv-00608-MMS and *Shipmon v. United States*, No. 13-cv-00672-MMS (together, if consolidated, the "Consolidated Derivative Action") and (2) appointing Robert C. Schubert of Schubert Jonckheer & Kolbe LLP as Lead Counsel and Attorney of Record for the Consolidated Derivative Action.

The Derivative Plaintiffs submit herewith a memorandum of law setting forth the reasons, relevant facts, and legal authorities in support of their motion. A proposed order is also submitted herewith.

DATED: October 29, 2013

Respectfully submitted,

SCHUBERT JONCKHEER & KOLBE LLP

BY:       /s/ Robert C. Schubert_____
              ROBERT C. SCHUBERT

Robert C. Schubert
Attorney of Record
rschubert@schubertlawfirm.com

Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
Ph: 415-788-4220
Fx: 415-788-0161

- 2 -

| | |
|---|---|
| OF COUNSEL: | **SCHUBERT JONCKHEER & KOLBE LLP**<br><br>Noah M. Schubert<br>*nschubert@schubertlawfirm.com*<br><br>Miranda P. Kolbe<br>*mkolbe@schubertlawfirm.com*<br><br>Three Embarcadero Ctr Ste 1650<br>San Francisco, CA 94111-4018<br>Ph: 415-788-4220<br>Fx: 415-788-0161<br><br>**SHAPIRO HABER & URMY LLP**<br><br>Edward F. Haber<br>*ehaber@shulaw.com*<br><br>Ian J. McLoughlin<br>*imcloughlin@shulaw.com*<br><br>Patrick J. Vallely<br>*pvallely@shulaw.com*<br><br>53 State Street<br>Boston, MA 02109<br>Ph: 617-439-3939<br>Fx: 617-439-0134<br><br>*Attorneys for Plaintiffs Bryndon Fisher, Bruce Reid, and Erick Shipmon* |