# In the United States Court of Federal Claims

**NOTICE**

**BRYNDON FISHER, ET AL.,**

    v.

**THE UNITED STATES**

No. 13-608 C

Clerk's Office
Washington, D.C., December 17, 2013

To Attorney of Record, Assistant Attorney General, and Judge Margaret M. Sweeney:

    Please take notice that in the above case there has been entered this day on the defendant's motion, filed December 17, 2013, for enlargement of time to respond to the complaint, the following order by the Clerk:

**ALLOWED.**

_____
Clerk of Court