# In the United States Court of Federal Claims

No. 13-608 C
(Filed:  February 3, 2014)

```
*************************************
BRYNDON FISHER, et al.,           *
                                  *
              Plaintiffs,          *
                                  *
v.                                 *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.           *
*************************************
```

## ORDER

     In order to promote the efficient administration of justice and to prevent inconsistent rulings, the court requests plaintiffs to advise the court **by no later than Tuesday, February 18, 2014,** as to whether plaintiffs intend to seek discovery in aid of jurisdiction.

     **IT IS SO ORDERED.**

                                      s/ Margaret M. Sweeney
                                      MARGARET M. SWEENEY