# In the United States Court of Federal Claims

Nos. 13-608 and 13-672C

(Filed: February 11, 2014)

```
*************************************
BRYNDON FISHER, et al.,            *
                                   *
            Plaintiffs,            *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
            Defendant.             *
*************************************
```

## ORDER

    On February 3, 2014, the court issued an order asking plaintiffs, by no later than February 18, 2104, to advise whether they intend to seek discovery in aid of jurisdiction.  On February 10, 2014, plaintiffs advised the court that although they do not intend to seek jurisdictional discovery, plaintiffs request the court to enlarge the time to respond to defendant's motion to dismiss the complaint until the deadline the court sets for a response to the motion to dismiss in Fairholme Funds, No. 13-465.  In order to promote the efficient administration of justice and to prevent inconsistent rulings, the court **grants** plaintiffs request.

    **IT IS SO ORDERED.**

                                            s/ Margaret M. Sweeney
                                            MARGARET M. SWEENEY