# In the United States Court of Federal Claims

Nos. 13-608 C, 14-152 C
(Consolidated)
(Filed: March 26, 2014)

```
*************************************
BRYNDON FISHER et al.,            *
                                  *
            Plaintiffs,           *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
            Defendant.            *
*************************************
```

## ORDER

The court hereby **STRIKES**, in its entirety, paragraph "2." under the "Consolidation" subheading in its October 30, 2013 Order in this matter. The remaining portions of the Order shall remain in effect.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY