# In the United States Court of Federal Claims

Nos. 13-608 C, 13-672 C
(Consolidated)
(Filed:  April 4, 2014)

```
*************************************
BRYNDON FISHER et al.,          *
                                *
              Plaintiffs,       *
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
              Defendant.        *
*************************************
```

### ORDER

      On April 4, 2014, the court entered a discovery schedule in <u>Fairholme v. United States</u> (13-465), which requires the <u>Fairholme</u> parties to file a joint status report shortly after discovery has been completed.  As alluded to in the court's February 11, 2014 order in the above-captioned case, briefing regarding the motion to dismiss is stayed pending the conclusion of jurisdictional discovery in <u>Fairholme</u>.  Once the parties in <u>Fairholme</u> file a postdiscovery joint status report, the court will issue an order in this case regarding further proceedings.

      IT IS SO ORDERED.

                                                          s/ Margaret M. Sweeney
                                                           MARGARET M. SWEENEY
                                                           Judge