# In the United States Court of Federal Claims

Nos. 13-608C and 13-672C
(Consolidated)
(Filed: July 10, 2014)

```
*************************************
BRYNDON FISHER, et al.,              *
                                     *
            Plaintiffs,              *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
            Defendant.               *
*************************************
```

**ORDER**

      It has come to the court's attention that a member of the court's Office of Information and Technology staff discovered a notebook in Courtroom 4.  The notebook appears to have been left behind after the last hearing in <u>Fairholme Funds, Inc. v. United States</u>, 13-465, a case that is related to the above-captioned case.  If a party in this case believes that they inadvertently left the notebook behind, they should contact the Senior Staff Attorney of the Court in the Clerk's Office to ascertain if it belongs to them.

    **IT IS SO ORDERED.**

                                                        s/ Margaret M. Sweeney
                                                       MARGARET M. SWEENEY
                                                       Judge