IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Bryndon Fisher**, **Bruce Reid**, and **Erick Shipmon**, derivatively on behalf of **Federal National Mortgage Association**, <br><br>                 Plaintiffs, <br> v. <br><br> **The United States of America**, <br><br>                 Defendant, <br><br> and **Federal National Mortgage Association**, <br><br>                 Nominal Defendant. | No. 1:13-cv-00608-MMS |
| **Bruce Reid** and **Bryndon Fisher**, derivatively on behalf of **Federal Home Loan Mortgage Corporation**, <br><br>                 Plaintiffs, <br> v. <br><br> **The United States of America**, <br><br>                 Defendant, <br><br> and **Federal Home Loan Mortgage Corporation**, <br><br>                 Nominal Defendant. | No. 1:14-cv-00152-MMS |

### NOTICE OF APPEARANCE FOR DERIVATIVE PLAINTIFFS

Under the Amended Protective Order entered by this Court on July 29, 2015 in *Fairholme Funds, Inc. v. United States*, No. 13-465C, Dkt. No. 217, counsel for the parties in the *Fisher* and *Reid* actions (collectively "Derivative Plaintiffs") are authorized to access Protected Information.

In addition to Derivative Plaintiffs' attorney of record, Robert C. Schubert, other attorneys at Schubert Jonckheer & Kolbe and our co-counsel, Shapiro Haber & Urmy LLP, have attended Court calls in this and the *Fairholme* action and have been listed as "of counsel" on pleadings and motions submitted by Derivative Plaintiffs. In addition, other attorneys at Schubert Jonckheer & Kolbe and Shapiro Haber & Urmy have worked on this case on behalf of Plaintiffs.

In order to ensure that the record is clear regarding the identity of Derivative Plaintiffs' counsel, Derivative Plaintiffs hereby respectfully submit this Notice of Appearance identifying the following attorneys at Schubert Jonckheer & Kolbe LLP and Shapiro Haber & Urmy LLP who should be considered "of counsel" in the *Fisher* and *Reid* actions under RCFC 83.1(c)(1).

**"Of Counsel" Attorneys at Schubert Jonckheer & Kolbe LLP**

Miranda P. Kolbe
Noah M. Schubert
Kathryn Y. Schubert

*For purposes of these actions, the above-listed attorneys may be contacted at:*

Schubert Jonckheer & Kolbe LLP        Ph: 415.788.4220
3 Embarcadero Ctr Ste 1650            Fx: 415.788.0161
San Francisco, CA 94111

**"Of Counsel" Attorneys at Shapiro Haber & Urmy LLP**

Edward F. Haber
Ian J. McLoughlin
Patrick J. Vallely

*For purposes of these actions, the above-listed attorneys may be contacted at:*

Shapiro Haber & Urmy LLP              Ph: 617.439.3939
Seaport East                          Fx: 617.439.0134
Two Seaport Ln
Boston, MA 02210

| | |
|---|---|
| DATED: August 6, 2015 | **SCHUBERT JONCKHEER & KOLBE LLP** |
| | BY:     /s/ Robert C. Schubert<br>         ROBERT C. SCHUBERT |

                                      Robert C. Schubert
                                      Attorney of Record
                                      *rschubert@schubertlawfirm.com*

                                      Three Embarcadero Ctr Ste 1650
                                      San Francisco, CA 94111-4018
                                      Ph: 415-788-4220
                                      Fx: 415-788-0161

                                      *Attorneys for Derivative Plaintiffs*