# In the United States Court of Federal Claims

No. 13-608 C
(Filed: February 26, 2016)

```
*************************************
BRYNDON FISHER, et al.,               *
                                      *
            Plaintiffs,               *
                                      *
v.                                    *
                                      *
THE UNITED STATES,                    *
                                      *
            Defendant.                *
*************************************
```

**ORDER**

      On February 25, 2016, the parties in three cases that are related to the above-captioned case each filed a motion to coordinate the briefing schedule in all of the related cases with proceedings in Fairholme Funds, Inc. v. United States, (13-465C), ("Fairholme").  The parties in this case shall file a joint status report **by no later than Monday, March 14, 2016**, providing their respective positions regarding this proposed coordinated briefing schedule for all of the related cases.

      **IT IS SO ORDERED.**

s/ Margaret M. Sweeney<br>
MARGARET M. SWEENEY