## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| BRYNDON FISHER, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 13-608C (Judge Sweeney) |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) ) | |

## JOINT STATUS REPORT

On February 26, 2016, the Court ordered the parties to file a joint status report providing their position(s) regarding the coordinated briefing schedule proposed in a January 28, 2016 joint status report filed in *Fairholme Funds, Inc., et al. v. United States*, No. 13-465C (ECF No. 288). ECF No. 31 at 1. In accordance with that order, the parties to this action respectfully request that the Court adopt the proposed briefing schedule for all of the related cases set forth in the January 28, 2016 status report filed in *Fairholme*.[1]

---

[1] The related actions are: *Washington Federal, et al. v. United States*, No. 13-385C; *Fairholme Funds, Inc., et al. v. United States*, No. 13-465C; *Cacciapalle, et al. v. United States*, No. 13-466C; *Fisher, et al. v. United States*, No. 13-608C; *Arrowood Indemnity Co., et al. v. United States*, No. 13-698C; *Reid, et al. v. United States*, No. 14-152C; *Rafter, et al. v. United States*, No. 14-740C.

<div style="display:flex">
<div>

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Director

s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Deputy Director
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480 Ben Franklin Station
Washington, D.C. 20044
(202) 616-0385
(202) 307-0972 (fax)
Kenneth.Dintzer@usdoj.gov

*Attorneys for Defendant*

Date:  March 9, 2016

</div>
<div>

Respectfully submitted,

s/ Robert C. Schubert
ROBERT C. SCHUBERT
*Counsel of Record for Plaintiffs*
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
(415) 788-4220
(415) 788-0161 (fax)
rschubert@schubertlawfirm.com

*Of Counsel*:
Noah M. Schubert
Miranda P. Kolbe
SCHUBERT JONCKHEER & KOLBE LLP

Edward F. Haber
SHAPIRO HABER & URMY LLP

*Attorneys for Plaintiffs*

</div>
</div>