IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Bryndon Fisher**, **Bruce Reid**, and **Erick Shipmon**, derivatively on behalf of **Federal National Mortgage Association,**<br><br>Plaintiffs,<br>v.<br>**The United States of America**<br><br>Defendant,<br>and **Federal National Mortgage Association**<br><br>Nominal Defendant. | No. 1:13-cv-00608-MMS |

### PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE SECOND AMENDED CONSOLIDATED DERIVATIVE COMPLAINT

Pursuant to RCFC 6(b)(1)(A), Plaintiffs Bryndon Fisher, Bruce Reid, and Erick Shipmon ("Plaintiffs"), by their undersigned counsel, respectfully move the Court for an order giving Plaintiffs an additional two weeks, until March 8, 2018, to file their Second Amended Consolidated Derivative Complaint.

Under the current schedule (Dkt. No. 33), Plaintiffs' Second Amended Consolidated Derivative Complaint is due February 22, 2018; Defendant's omnibus motion to dismiss is due June 22, 2018; Plaintiffs' response to Defendant's omnibus motion to dismiss is due September 20, 2018; and Defendant's reply in support of its omnibus motion to dismiss is due December 19, 2018.

Due to scheduling issues, Plaintiffs respectfully request a two-week extension, until March 8, 2018, to file their Amended Complaint. Plaintiffs further request that the deadline for Defendant's omnibus motion to dismiss be extended to June 29, 2018. All other deadlines shall remain the same.

Plaintiffs have not previously sought an extension of time related to their Second Amended Consolidated Derivative Complaint. Plaintiffs have conferred with counsel for the Government, and the Government does not oppose Plaintiffs' Motion.

                                                Respectfully submitted,

DATED: February 21, 2018            **SCHUBERT JONCKHEER & KOLBE LLP**

                                          BY:       /s/ Robert C. Schubert
                                                                    Robert C. Schubert

                                              Attorney of Record
                                              *rschubert@sjk.law*
                                              Three Embarcadero Ctr Ste 1650
                                              San Francisco, CA 94111-4018
                                              Ph: 415-788-4220
                                              Fx: 415-788-0161

OF COUNSEL:                         **SCHUBERT JONCKHEER & KOLBE LLP**
                                              Noah M. Schubert
                                              *nschubert@sjk.law*
                                              Miranda P. Kolbe
                                              *mkolbe@sjk.law*
                                              Three Embarcadero Ctr Ste 1650
                                              San Francisco, CA 94111-4018
                                              Ph: 415-788-4220
                                              Fx: 415-788-0161

                                              **SHAPIRO HABER & URMY LLP**
                                              Edward F. Haber
                                              *ehaber@shulaw.com*
                                              53 State Street
                                              Boston, MA 02109
                                              Ph: 617-439-3939
                                              Fx: 617-439-0134

                                              *Attorneys for Plaintiffs*