# In the United States Court of Federal Claims

Nos. 13-608C and 13-672C (Consolidated)
(Filed: February 21, 2018)

```
*************************************
BRYNDON FISHER et al.,            *
                                  *
              Plaintiffs,         *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
*************************************
```

## ORDER

On February 21, 2018, plaintiffs in the above-captioned case filed an unopposed motion for enlargement of time, seeking an additional two weeks in which to file their second amended complaint and an additional week for defendant to file its omnibus motion to dismiss.  The court **GRANTS** plaintiffs' unopposed motion and adopts the following amended schedule for further proceedings:

- Plaintiffs shall file their second amended complaint **no later than Thursday, March 8, 2018**.

- Defendant shall file its omnibus motion to dismiss **no later than Friday, June 29, 2018**.

- Plaintiffs shall file their response to defendant's omnibus motion to dismiss **no later than Thursday, September 20, 2018**.

- Defendant shall file a reply in support of its omnibus motion to dismiss **no later than Wednesday, December 19, 2018**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge