# In the United States Court of Federal Claims

Nos. 13-608C and 13-672C
(Filed: June 21, 2018)

```
*************************************
BRYNDON FISHER et al.,               *
                                     *
           Plaintiffs,               *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
           Defendant.                *
*************************************
```

## ORDER

On June 19, 2018, defendant filed an unopposed motion to amend the briefing schedule on defendant's motion to dismiss. For good cause shown, the motion is **GRANTED** and the briefing schedule is amended as follows:

- Defendant's motion to dismiss shall be filed **no later than August 1, 2018.**

- Plaintiffs' response to that motion shall be filed **no later than October 23, 2018.**

- Defendant's reply shall be filed **no later than January 22, 2019.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney<br>
MARGARET M. SWEENEY<br>
Judge