# In the United States Court of Federal Claims

Nos. 13-608C and 13-672C
(Filed: July 30, 2018)

```
*************************************
BRYNDON FISHER et al.,              *
                                    *
            Plaintiffs,             *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
*************************************
```

**ORDER**

      On July 27, 2018, defendant filed an unopposed motion for leave to exceed the page limit applicable to defendant's forthcoming omnibus motion to dismiss.  Specifically, defendant seeks permission to file a brief that contains up to eighty-five pages, which is forty-five pages longer than permitted by Rule 5.4(b)(1) of the Rules of the United States Court of Federal Claims.  There is good cause for the additional pages because defendant's briefing for the omnibus motion will address twelve separate complaints.  Thus, the court **GRANTS** defendant's motion for leave to exceed the page limit by up to forty-five pages**.**

      **IT IS SO ORDERED.**

                                                s/ Margaret M. Sweeney
                                                MARGARET M. SWEENEY
                                                Chief Judge