# In the United States Court of Federal Claims

Nos. 13-608C and 13-672C
(Filed: October 10, 2018)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRYNDON FISHER et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

The court is amending the briefing schedule on defendant's motion to dismiss in light of an extension granted in <u>Caccipalle v. United States</u>, one of the related cases.  The response to that motion is due by **no later than Friday, November 2, 2018,** and the reply is due by **no later than Friday, February 1, 2019.**

    **IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Chief Judge
