# In the United States Court of Federal Claims

Nos. 13-608C and 13-672C
(Filed: November 1, 2018)

```
*************************************
BRYNDON FISHER et al.,               *
                                     *
           Plaintiffs,               *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
           Defendant.                *
*************************************
```

## ORDER

    On October 31, 2018, plaintiffs filed an unopposed motion seeking permission to exceed the page limit when responding to defendant's omnibus motion to dismiss. Specifically, plaintiffs seek to file (1) an omnibus response, along with the plaintiffs in the related cases, containing no more than seventy-five pages and (2) an individual opposition brief of no more than fifteen pages. The court **GRANTS** the motion.

    **IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Chief Judge
