IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WASHINGTON FEDERAL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | No. 13-385C <br> (Chief Judge Sweeney) |
| FAIRHOLME FUNDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | No. 13-465C <br> (Chief Judge Sweeney) |

*Additional plaintiffs on following pages

**DEFENDANT'S NOTICE IDENTIFYING CLAIMS**
**ADDRESSED IN ITS OMNIBUS MOTION TO DISMISS**

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

KENNETH M. DINTZER
Deputy Director
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-0385
Facsimile: (202) 307-0973
Email: Kenneth.Dintzer@usdoj.gov

March 1, 2019                                                   Attorneys for Defendant

| | | |
|---|---|---|
| JOSEPH CACCIAPALLE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 13-466C |
| | ) | (Chief Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| BRYNDON FISHER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 13-608C |
| | ) | (Chief Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ARROWOOD INDEMNITY COMPANY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 13-698C |
| | ) | (Chief Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| BRUCE REID, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 14-152C |
| | ) | (Chief Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| LOUISE RAFTER, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | No. 14-740C |
| | ) | (Chief Judge Sweeney) |
| v. | ) ) | |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) | |
| OWL CREEK ASIA I, L.P., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | No. 18-281C |
| | ) | (Chief Judge Sweeney) |
| v. | ) ) | |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) | |
| AKANTHOS OPPORTUNITY MASTER FUND, L.P., | ) ) ) ) | |
| Plaintiff, | ) ) | No. 18-369C |
| | ) | (Chief Judge Sweeney) |
| v. | ) ) | |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) | |
| APPALOOSA INVESTMENT LIMITED PARTNERSHIP I, *et al.*, | ) ) ) | |
| Plaintiff, | ) ) | No. 18-370C |
| | ) | (Chief Judge Sweeney) |
| v. | ) ) | |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

| | | |
|---|---|---|
| CSS, LLC, | ) | |
| | ) | |
|     Plaintiffs, | ) | No. 18-371C |
| | ) | (Chief Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |
| | ) | |
| MASON CAPITAL L.P., *et al.*, | ) | |
| | ) | |
|     Plaintiff, | ) | No. 18-529C |
| | ) | (Chief Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

## GLOSSARY

### Complaints

| | |
|---|---|
| Akanthos | First Am. Compl., *Akanthos Opportunity Master Fund L.P. v. United States*, No. 18-369 (Fed. Cl. Aug. 16, 2018), ECF No. 14. |
| Appaloosa | Second Am. Compl., *Appaloosa Inv. Ltd. P'Ship I v. United States*, No. 18-370 (Fed. Cl. Aug. 16, 2018), ECF No. 17. |
| Arrowood | Second Am. Compl., *Arrowood Indemn. Co. v. United States*, No. 13-698 (Fed. Cl. Sept. 17, 2018), ECF No. 44. |
| Cacciapalle | Am. Consol. Class Action Compl., *Cacciapalle v. United States*, No. 13-466 (Fed. Cl. Mar. 8, 2018), ECF No. 67. |
| CSS | First Am. Compl., *CSS, LLC v. United States*, No. 18-371 (Fed. Cl. Aug. 16, 2018), ECF No. 14. |
| Fairholme | Second Am. Compl., *Fairholme Funds, Inc. v. United States*, No. 13-465 (Fed. Cl. Aug. 3, 2018), ECF No. 413. |
| Fisher | Second Am. Derivative Compl., *Fisher v. United States*, No. 13-608 (Fed. Cl. Mar. 8, 2018), ECF No. 36. |
| Mason | First Am. Compl., *Mason Cap. L.P. v. United States*, No. 18-529 (Fed. Cl. Aug. 16, 2018), ECF No. 14. |
| Owl Creek | First. Am. Compl., *Owl Creek Asia I, L.P. v. United States*, No. 18-281 (Fed. Cl. Aug. 16, 2018), ECF No. 16. |
| Rafter | Second Am. Verified Compl., *Rafter v. United States*, No. 14-740 (Fed. Cl. Mar. 8, 2018), ECF No. 25. |
| Reid | Am. Derivative Compl., *Reid v. United States*, No. 14-152 (Fed. Cl. Mar. 8, 2018), ECF No. 22. |
| WF | Am. Compl., *Washington Federal v. United States*, No. 13-385 (Fed. Cl. Mar. 8, 2018), ECF No. 57. |

DEFENDANT'S NOTICE IDENTIFYING CLAIMS
ADDRESSED IN ITS OMNIBUS MOTION TO DISMISS

Pursuant to the Court's Order, dated January 30, 2019 (ECF No. 432), defendant, the United States, respectfully submits this notice identifying which claims are the subject of each argument in its omnibus motion to dismiss.

**DEFENDANT'S OMNIBUS MOTION TO DISMISS**

II. The Court Lacks Jurisdiction To Entertain The Complaints Because FHFA Is Not The United States For Tucker Act Purposes When Acting As The Enterprises' Conservator

- Akanthos – Counts I-IV
- Appaloosa – Counts I-IV
- Arrowood – Counts I-IV
- Cacciapalle – Counts I-VI
- CSS – Counts I-IV
- Fairholme – Counts I-XII
- Fisher – Counts I-III
- Mason – Counts I-IV
- Owl Creek – Counts I-IV
- Rafter – Counts I-VII
- Reid – Counts I-III

III. Under HERA's Succession Clause, Enterprise Shareholders Lack Standing To Bring Derivative Suits

- Akanthos – Counts I-IV
- Appaloosa – Counts I-IV
- Arrowood – Counts I-IV
- Cacciapalle – Counts I-VI
- CSS – Counts I-IV
- Fairholme – Counts I-XII
- Fisher – Counts I-III
- Mason – Counts I-IV
- Owl Creek – Counts I-IV
- Rafter – Counts I-VII
- Reid – Counts I-III
- WF – Count I[1]

---

[1] Although WF styles its first count as "Count One," spelling out the numeral "one," for consistency we are using Roman numerals and refer to WF's single claim as "Count I" herein.

IV. This Court Does Not Possess Jurisdiction To Entertain Plaintiffs' Allegedly Direct Contract Claims Because No Plaintiff Is Party To A Contract With The United States

- Akanthos – Count IV
- Appaloosa – Count IV
- Arrowood – Count IV
- Cacciapalle – Counts IV and V
- CSS – Count IV
- Fairholme – Counts X-XII
- Mason – Count IV
- Owl Creek – Count IV
- Rafter –Counts IV-VII

V. The Court Lacks Jurisdiction To Entertain Claims That Sound In Tort

- Akanthos – Counts I-III
- Appaloosa – Counts I-III
- Arrowood – Counts I-III
- Cacciapalle – Counts I-III and VI
- CSS – Counts I-III
- Fairholme – Counts I-IX
- Fisher – Counts I-III
- Mason – Counts I-III
- Owl Creek – Counts I-III
- Rafter – Counts I-III
- Reid – Counts I-III
- WF – Count I

VI. Plaintiffs That Did Not Own Shares At The Time Of The Alleged Taking, Illegal Exaction, or Breach Lack Standing To Pursue Their Claims

- Fairholme – Counts I-XII[2]
- Rafter – Counts I-VII[3]

VII. Under 28 U.S.C. § 1500, The Court Lacks Jurisdiction To Entertain The *Fairholme*, *Cacciapalle*, And *Arrowood* Complaints

- Arrowood – Counts I-IV
- Cacciapalle – Counts I-VI
- Fairholme – Counts I-XII

---

[2] As to all plaintiffs except Berkley Insurance Company.
[3] As to all plaintiffs except Louise Rafter and Josephine and Stephen Rattien.

VIII.   Plaintiffs Fail To State A Plausible Takings Claim

- Akanthos – Count I
- Appaloosa – Count I
- Arrowood – Count I
- Cacciapalle – Counts I and II
- CSS – Count I
- Fairholme – Counts I-III
- Fisher – Count I
- Mason – Count I
- Owl Creek – Count I
- Rafter – Counts I and II
- Reid – Count I
- WF – Count I

IX.   Plaintiffs Fail To State A Plausible Illegal Exaction Claim

- Akanthos – Count II
- Appaloosa – Count II
- Arrowood – Count II
- Cacciapalle – Count III
- CSS – Count II
- Fairholme – Counts IV-VI
- Fisher – Count II
- Mason – Count II
- Owl Creek – Count II
- Rafter – Count III
- Reid – Count II
- WF – Count I

X.   Plaintiffs Fail To State A Plausible Breach Of Fiduciary Duty Claim

- Akanthos – Count III
- Appaloosa – Count III
- Arrowood – Count III
- Cacciapalle – Count VI
- CSS – Count III
- Fairholme – Counts VII-IX
- Fisher – Count III
- Mason – Count III
- Owl Creek – Count III
- Reid – Count III

XI. Plaintiffs Fail To State A Plausible Breach of Contract Claim

- Akanthos – Count IV
- Appaloosa – Count IV
- Arrowood – Count IV
- Cacciapalle – Counts IV and V
- CSS – Count IV
- Fairholme – Counts X-XII
- Mason – Count IV
- Owl Creek – Count IV
- Rafter—Counts IV-VII

XII. The *Washington Federal* Plaintiffs' Claims Stemming From FHFA's Appointment As Conservator Are Untimely Under HERA

- WF – Count I

Respectfully submitted,

JOSEPEH H. HUNT
Assistant Attorney General

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Director


s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Deputy Director
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-0385
Facsimile:  (202) 307-0973
Email:      Kenneth.Dintzer@usdoj.gov

March 1, 2019                                    Attorneys for Defendant