IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WASHINGTON FEDERAL, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) No. 13-385C<br>) (Chief Judge Sweeney) |
| v. | )<br>) |
| THE UNITED STATES, | )<br>) |
| Defendant. | )<br>)<br>) |
| FAIRHOLME FUNDS, INC., *et al.*, | )<br>) |
| Plaintiffs, | )<br>)<br>) No. 13-465C |
| v. | ) (Chief Judge Sweeney)<br>) |
| THE UNITED STATES, | )<br>) |
| Defendant. | )<br>)<br>) |

*Additional plaintiffs on following pages

**DEFENDANT'S NOTICE IDENTIFYING CLAIMS ADDRESSED
IN ITS REPLY IN SUPPORT OF ITS OMNIBUS MOTION TO DISMISS**

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

KENNETH M. DINTZER
Deputy Director
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-0385
Facsimile:  (202) 307-0973
Email:     Kenneth.Dintzer@usdoj.gov

May 6, 2019                                         Attorneys for Defendant

| | |
|---|---|
| JOSEPH CACCIAPALLE, *et al.*, | ) |
| Plaintiffs, | ) No. 13-466C |
| | ) (Chief Judge Sweeney) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

| | |
|---|---|
| BRYNDON FISHER, *et al.*, | ) |
| Plaintiffs, | ) No. 13-608C |
| | ) (Chief Judge Sweeney) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, *et al.*, | ) |
| Plaintiffs, | ) No. 13-698C |
| | ) (Chief Judge Sweeney) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

| | |
|---|---|
| BRUCE REID, *et al.*, | ) |
| Plaintiffs, | ) No. 14-152C |
| | ) (Chief Judge Sweeney) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

| | |
|---|---|
| LOUISE RAFTER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 14-740C |
| ) | (Chief Judge Sweeney) |
| v. ) | |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| OWL CREEK ASIA I, L.P., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 18-281C |
| ) | (Chief Judge Sweeney) |
| v. ) | |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| AKANTHOS OPPORTUNITY MASTER FUND, L.P., ) | |
| ) | |
| Plaintiff, ) | No. 18-369C |
| ) | (Chief Judge Sweeney) |
| v. ) | |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| APPALOOSA INVESTMENT LIMITED PARTNERSHIP I, *et al.*, ) | |
| ) | |
| Plaintiff, ) | No. 18-370C |
| ) | (Chief Judge Sweeney) |
| v. ) | |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

| | | |
|---|---|---|
| CSS, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 18-371C |
| | ) | (Chief Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| MASON CAPITAL L.P., *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18-529C |
| | ) | (Chief Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

GLOSSARY

Complaints

| | |
|---|---|
| Akanthos | First Am. Compl., *Akanthos Opportunity Master Fund L.P. v. United States*, No. 18-369 (Fed. Cl. Aug. 16, 2018), ECF No. 14. |
| Appaloosa | Second Am. Compl., *Appaloosa Inv. Ltd. P'Ship I v. United States*, No. 18-370 (Fed. Cl. Aug. 16, 2018), ECF No. 17. |
| Arrowood | Second Am. Compl., *Arrowood Indemn. Co. v. United States*, No. 13-698 (Fed. Cl. Sept. 17, 2018), ECF No. 44. |
| Cacciapalle | Am. Consol. Class Action Compl., *Cacciapalle v. United States*, No. 13-466 (Fed. Cl. Mar. 8, 2018), ECF No. 67. |
| CSS | First Am. Compl., *CSS, LLC v. United States*, No. 18-371 (Fed. Cl. Aug. 16, 2018), ECF No. 14. |
| Fairholme | Second Am. Compl., *Fairholme Funds, Inc. v. United States*, No. 13-465 (Fed. Cl. Aug. 3, 2018), ECF No. 413. |
| Fisher | Second Am. Derivative Compl., *Fisher v. United States*, No. 13-608 (Fed. Cl. Mar. 8, 2018), ECF No. 36. |
| Mason | First Am. Compl., *Mason Cap. L.P. v. United States*, No. 18-529 (Fed. Cl. Aug. 16, 2018), ECF No. 14. |
| Owl Creek | First. Am. Compl., *Owl Creek Asia I, L.P. v. United States*, No. 18-281 (Fed. Cl. Aug. 16, 2018), ECF No. 16. |
| Rafter | Second Am. Verified Compl., *Rafter v. United States*, No. 14-740 (Fed. Cl. Mar. 8, 2018), ECF No. 25. |
| Reid | Am. Derivative Compl., *Reid v. United States*, No. 14-152 (Fed. Cl. Mar. 8, 2018), ECF No. 22. |
| WF | Am. Compl., *Washington Federal v. United States*, No. 13-385 (Fed. Cl. Mar. 8, 2018), ECF No. 57. |

DEFENDANT'S NOTICE IDENTIFYING CLAIMS ADDRESSED
IN ITS REPLY IN SUPPORT OF ITS OMNIBUS MOTION TO DISMISS

Pursuant to the Court's Order, dated January 30, 2019 (ECF No. 432), defendant, the United States, respectfully submits this notice identifying which claims are the subject of each argument in its reply in support of its omnibus motion to dismiss.

I. The Court Lacks Jurisdiction Because Plaintiffs' Third Amendment Claims Are Not Claims Against The United States

- Akanthos – Counts I-IV
- Appaloosa – Counts I-IV
- Arrowood – Counts I-IV
- Cacciapalle – Counts I-VI
- CSS – Counts I-IV
- Fairholme – Counts I-XII
- Fisher – Counts I-III
- Mason – Counts I-IV
- Owl Creek – Counts I-IV
- Rafter – Counts I-VII
- Reid – Counts I-III

II. HERA's Succession Clause Bars Plaintiffs' Derivative Claims Against The United States

- Akanthos – Counts I-IV
- Appaloosa – Counts I-IV
- Arrowood – Counts I-IV
- Cacciapalle – Counts I-VI
- CSS – Counts I-IV
- Fairholme – Counts I-XII
- Fisher – Counts I-III
- Mason – Counts I-IV
- Owl Creek – Counts I-IV
- Rafter – Counts I-VII
- Reid – Counts I-III
- WF – Count I[1]

---

[1] Although WF styles its first count as "Count One," spelling out the numeral "one," for consistency we are using Roman numerals and refer to WF's single claim as "Count I" herein.

III.      This Court Does Not Possess Jurisdiction To Entertain Plaintiffs' Allegedly Direct Contract Claims Because There Is No Contract Between Plaintiffs And The United States

- Akanthos – Count IV
- Appaloosa – Count IV
- Arrowood – Count IV
- Cacciapalle – Counts IV-V
- CSS – Count IV
- Fairholme – Counts X-XII
- Mason – Count IV
- Owl Creek – Count IV
- Rafter –Counts IV-VII

IV.      The Tucker Act Does Not Permit Plaintiffs To Pursue Claims That Sound In Tort

- Akanthos – Counts I-III
- Appaloosa – Counts I-III
- Arrowood – Counts I-III
- Cacciapalle – Counts I-III and VI
- CSS – Counts I-III
- Fairholme – Counts I-IX
- Fisher – Counts I-III
- Mason – Counts I-III
- Owl Creek – Counts I-III
- Rafter – Counts I-III
- Reid – Counts I-III
- WF – Count I

V.      Shareholders That Purchased Enterprise Stock After The Third Amendment Lack Standing To Pursue Their Takings Claims

- Fairholme – Counts I-XII[2]
- Rafter – Counts I-VII[3]

VI.      Under 28 U.S.C. § 1500, The Court Lacks Jurisdiction To Entertain The *Fairholme*, *Cacciapalle*, And *Arrowood* Complaints

- Arrowood – Counts I-IV
- Cacciapalle – Counts I-VI
- Fairholme – Counts I-XII

---

[2] As to all plaintiffs except Berkley Insurance Company.
[3] As to all plaintiffs except Louise Rafter, and Josephine and Stephen Rattien.

VII.   Plaintiffs Fail To State A Plausible Takings Claim

- Akanthos – Count I
- Appaloosa – Count I
- Arrowood – Count I
- Cacciapalle – Counts I-II
- CSS – Count I
- Fairholme – Counts I-III
- Fisher – Count I
- Mason – Count I
- Owl Creek – Count I
- Rafter – Counts I-II
- Reid – Count I
- WF – Count I

VIII.  Plaintiffs Fail To State A Plausible Illegal Exaction Claim

- Akanthos – Count II
- Appaloosa – Count II
- Arrowood – Count II
- Cacciapalle – Count III
- CSS – Count II
- Fairholme – Counts IV-VI
- Fisher – Count II
- Mason – Count II
- Owl Creek – Count II
- Rafter – Count III
- Reid – Count II
- WF – Count I

IX.    Plaintiffs Fail To State A Plausible Claim For Breach Of Fiduciary Duty

- Akanthos – Count III
- Appaloosa – Count III
- Arrowood – Count III
- Cacciapalle – Count VI
- CSS – Count III
- Fairholme – Counts VII-IX
- Fisher – Count III
- Mason – Count III
- Owl Creek – Count III
- Reid – Count III

X.  Plaintiffs Fail To State A Plausible Breach of Contract Claim

- Akanthos – Count IV
- Appaloosa – Count IV
- Arrowood – Count IV
- Cacciapalle – Counts IV and V
- CSS – Count IV
- Fairholme – Counts X-XII
- Mason – Count IV
- Owl Creek – Count IV
- Rafter—Counts IV-VII

XI.  The *Washington Federal* Plaintiffs Cannot Challenge The Appointment Of A Conservator Under The Guise Of A Takings Or Illegal Exaction Claim

- WF – Count I

                                      Respectfully submitted,

                                      JOSEPEH H. HUNT
                                      Assistant Attorney General

                                      <u>s/ Robert E. Kirschman, Jr.</u>
                                      ROBERT E. KIRSCHMAN, JR.
                                      Director

OF COUNSEL:

| | |
|---|---|
| ELIZABETH M. HOSFORD | <u>s/ Kenneth M. Dintzer</u> |
| FRANKLIN E. WHITE, JR. | KENNETH M. DINTZER |
| Assistant Directors | Deputy Director |
| | Commercial Litigation Branch |
| MARIANA T. ACEVEDO | Civil Division |
| RETA E. BEZAK | U.S. Department of Justice |
| ERIC E. LAUFGRABEN | P.O. Box 480 |
| Trial Attorneys | Ben Franklin Station |
| | Washington, DC 20044 |
| | Telephone: (202) 616-0385 |
| | Facsimile:  (202) 307-0973 |
| | Email:     Kenneth.Dintzer@usdoj.gov |
| May 6, 2019 | Attorneys for Defendant |