# In the United States Court of Federal Claims

Nos. 13-608C and 13-672C
(Filed: August 28, 2019)

```
*************************************
BRYNDON FISHER et al.,              *
                                    *
            Plaintiffs,             *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
*************************************
```

## ORDER

The parties have fully briefed defendant's motion to dismiss. The court will hear oral argument on that motion on **November 19, 2019, at 9:00 AM (EST)** at the Howard T. Markey National Courts Building, 717 Madison Place NW, Washington, DC. Additionally, the court **STAYS** consideration of defendant's motion to dismiss until that date.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney  
MARGARET M. SWEENEY  
Chief Judge