IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WASHINGTON FEDERAL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 13-385C |
| | ) | (Chief Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| FAIRHOLME FUNDS, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 13-465C |
| v. | ) | (Chief Judge Sweeney) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

*Additional plaintiffs on following pages*

### JOINT MOTION FOR THE USE OF ELECTRONIC
### AND CELLULAR DEVICES AT THE NOVEMBER 19, 2019 ARGUMENT

Hamish P.M. Hume
*Attorney of Record*

*Of Counsel*
Stacey K. Grigsby
Jonathan M. Shaw
James A. Kraehenbuehl
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., N.W.
Washington, D.C. 20005
(202) 237-2727
(202) 237-6131 (fax)
hhume@bsfllp.com
sgrigsby@bsfllp.com
jshaw@bsfllp.com
jkraehenbuehl@bsfllp.com


Attorneys for *Cacciapalle* Plaintiffs

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

KENNETH M. DINTZER
Deputy Director
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-0385
Facsimile:  (202) 307-0973
Email:    Kenneth.Dintzer@usdoj.gov


Attorneys for Defendant

November 18, 2019          *Additional Counsel Listed Inside Cover*

| | | |
|---|---|---|
| JOSEPH CACCIAPALLE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 13-466C |
| | ) | (Chief Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| BRYNDON FISHER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 13-608C |
| | ) | (Chief Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ARROWOOD INDEMNITY COMPANY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 13-698C |
| | ) | (Chief Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| BRUCE REID, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 14-152C |
| | ) | (Chief Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

|  |  |
|---|---|
| LOUISE RAFTER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) No. 14-740C |
| | ) (Chief Judge Sweeney) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| OWL CREEK ASIA I, L.P., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) No. 18-281C |
| | ) (Chief Judge Sweeney) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| AKANTHOS OPPORTUNITY MASTER FUND, L.P., | ) |
| | ) |
| Plaintiff, | ) No. 18-369C |
| | ) (Chief Judge Sweeney) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| APPALOOSA INVESTMENT LIMITED PARTNERSHIP I, *et al.*, | ) |
| | ) |
| Plaintiff, | ) No. 18-370C |
| | ) (Chief Judge Sweeney) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

| | | |
|---|---|---|
| CSS, LLC, | ) | |
| | ) | |
|     Plaintiffs, | ) | No. 18-371C |
| | ) | (Chief Judge Sweeney) |
|     v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |
| | ) | |
| MASON CAPITAL L.P., *et al.*, | ) | |
| | ) | |
|     Plaintiff, | ) | No. 18-529C |
| | ) | (Chief Judge Sweeney) |
|     v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

*Additional Counsel*:

| | |
|---|---|
| **Of Counsel For Cacciapalle Plaintiffs** | |
| | |
| Eric L. Zagar | Charles J. Piven |
| Lee D. Rudy | BROWER PIVEN |
| Grant D. Goodhart | A PROFESSIONAL CORPORATION |
| KESSLER TOPAZ MELTZER &CHECK LLP | 1925 Old Valley Road |
| 280 King of Prussia Rd. | Stevenson, MD 21153 |
| Radnor, PA 19087 | (410) 332-0030 |
| (610) 667-7706 | (410) 685-1300 (fax) |
| (610) 667-7056 (fax) | piven@browerpiven.com |
| ezagar@ktmc.com | |
| lrudy@ktmc.com | Michael J. Barry |
| ggoodhart@ktmc.com | GRANT &EISENHOFER P.A. |
| | 123 Justison Street |
| Jeremy A. Lieberman | Wilmington, DE 19801 |
| POMERANTZ LLP | (302) 622-7000 |
| 600 Third Avenue, 20th Floor | (302) 622-7100 (fax) |
| New York, New York 10016 | mbarry@gelaw.com |
| (212) 661-1100 | |
| (212) 661-8665 (fax) | |
| jalieberman@pomlaw.com | |
| | |
| Patrick V. Dahlstrom | |
| Ten South LaSalle Street, Suite 3505 | |
| Chicago, Illinois 60603 | |
| (312) 377-1181 | |
| (312) 377-1184 (fax) | |
| pdahlstrom@pomlaw.com | |

| | |
|---|---|
| **Counsel for Fairholme Plaintiffs** | **Counsel for Owl Creek, Akanthos, Appaloosa, CSS, and Mason Plaintiffs** |
| Charles J. Cooper | |
| *Attorney of Record* | Lawrence D. Rosenberg |
| | *Attorney of Record* |
| *Of Counsel* | |
| David H. Thompson | *Of Counsel* |
| Vincent J. Colatriano | Bruce S. Bennett |
| Peter A. Patterson | C. Kevin Marshall |
| Brian W. Barnes | Michael C. Schneidereit |
| COOPER &KIRK, PLLC | Alexandria M. Ordway |
| 1523 New Hampshire Avenue, N.W. | Chané Buck |
| Washington, D.C. 20036 | JONES DAY |
| (202) 220-9600 | 51 Louisiana Ave., N.W. |
| (202) 220-9601 (fax) | Washington, D.C.  20001 |
| ccooper@cooperkirk.com | Tel.: (202) 879-3939 |
| vcolatriano@cooperkirk.com | Fax: (202) 626-1700 |
| dthompson@cooperkirk.com | ldrosenberg@jonesday.com |
| ppatterson@cooperkirk.com | |
| bbarnes@cooperkirk.com | |

***Counsel For Fisher And Reid Plaintiffs***

Robert C. Schubert
*Attorney of Record*

*Of Counsel*
Noah M. Schubert
Miranda P. Kolbe
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
(415) 788-4220
(415) 788-0161 (fax)
rschubert@sjk.law
nschubert@sjk.law
mkolbe@sjk.law

*Of Counsel*
Edward F. Haber
SHAPIRO HABER &URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939
(617) 439-0134 (fax)
ehaber@shulaw.com

***Counsel For Rafter Plaintiffs***

Gregory P. Joseph
*Attorney of Record*

*Of Counsel*
Mara Leventhal
Sandra M. Lipsman
Christopher J. Stanley
Roman Asudulayev
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
(212) 407-1200
(212) 407-1280 (fax)
gjoseph@jha.com
mleventhal@jha.com
slipsman@jha.com
cstanley@jha.com
rasudulayev@jha.com

***Counsel for Arrowood Plaintiffs***

Michael H. Barr
*Attorney of Record*

*Of Counsel*
Richard M. Zuckerman
Sandra Hauser
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700
(212) 768-6800 (fax)
1900 K Street, NW
michael.barr@dentons.com
richard.zuckerman@dentons.com
sandra.hauser@dentons.com

Drew W. Marrocco
1900 K Street, N.W.
Washington, DC 20006
(202) 408-6400
(202) 408-6399 (fax)
drew.marrocco@dentons.com

| | |
|---|---|
| ***Counsel for Washington Federal Plaintiffs***<br><br>Steve W. Berman<br>*Attorney of Record*<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>E-mail: steve@hbsslaw.com<br><br>*Of Counsel*<br>Jennifer Fountain Connolly<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1701 Pennsylvania Ave. NW, Suite 200<br>Washington, D.C. 20006<br>Telephone: (202) 248-5403<br>Facsimile: (202) 580-6559<br>E-mail: jenniferc@hbsslaw.com | *Of Counsel*<br>Robert M. Roseman<br>James E. McGovern<br>Andrew N. Dodemaide<br>SPECTOR ROSEMAN & KODROFF, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>E-mail: rroseman@srkattorneys.com<br>E-mail: jmcgovern@srkattorneys.com<br>E-mail: adodemaide@srkattorneys.com |

## JOINT MOTION FOR LEAVE TO USE OF ELECTRONIC
## <u>AND CELLULAR DEVICES AT THE NOVEMBER 19, 2019 ARGUMENT</u>

The parties respectfully seek leave to use electronic and cellular equipment in the courtroom during the November 19, 2019 oral argument on the defendant's omnibus motion to dismiss.  The parties agree to operate any cellular equipment on silent mode and to use all electronic devices in a manner that is not distracting to the Court or others in the courtroom. Accordingly, we ask that the following individuals be allowed to use laptops, tablets and/or cellphones during Tuesday's argument:

For the Plaintiffs:

| | |
|---|---|
| Jeffrey Altman | Patrick Lafferty |
| Brian W. Barnes | C. Kevin Marshall |
| Bruce S. Bennett | Peter A. Patterson |
| Vincent Colatriano | Lawrence D. Rosenberg |
| Charles J. Cooper | Michael C. Schneidereit |
| Richard Engman | Noah Schubert |
| Ed Haber | Christopher Stanley |
| Hamish Hume | David H. Thompson |
| Gregory Joseph | Patrick Vallely |
| Steve Krause | Richard M. Zuckerman |
| Dan Krueger | |

For the Defendant and FHFA:

Mariana Teresa Acevedo
Lisa Aiken
Reta Bezak
Kenneth M. Dintzer
Elizabeth M. Hosford
Eric E. Laufgraben
Katherine Reilly
Michael Sitcov
Asim Varma
Franklin E. White, Jr.

Dated: November 18, 2019                    Respectfully submitted,

*Counsel For Cacciapalle Plaintiffs*

*/s/ Hamish P.M. Hume*
Hamish P.M. Hume
*Attorney of Record*

*Of Counsel*                                *Of Counsel*
Stacey K. Grigsby                           Patrick V. Dahlstrom
Jonathan M. Shaw                            Ten South LaSalle Street, Suite 3505
James A. Kraehenbuehl                       Chicago, Illinois 60603
BOIES SCHILLER FLEXNER LLP                  (312) 377-1181
1401 New York Ave., N.W.                    (312) 377-1184 (fax)
Washington, D.C. 20005                      pdahlstrom@pomlaw.com
(202) 237-2727
(202) 237-6131 (fax)                        Charles J. Piven
hhume@bsfllp.com                            BROWER PIVEN
sgrigsby@bsfllp.com                         A PROFESSIONAL CORPORATION
jshaw@bsfllp.com                            1925 Old Valley Road
jkraehenbuehl@bsfllp.com                    Stevenson, MD 21153
                                            (410) 332-0030
                                            (410) 685-1300 (fax)
Eric L. Zagar                               piven@browerpiven.com
Lee D. Rudy
Grant D. Goodhart                           Michael J. Barry
KESSLER TOPAZ MELTZER & CHECK LLP           GRANT & EISENHOFER P.A.
280 King of Prussia Rd.                     123 Justison Street
Radnor, PA 19087                            Wilmington, DE 19801
(610) 667-7706                              (302) 622-7000
(610) 667-7056 (fax)                        (302) 622-7100 (fax)
ezagar@ktmc.com                             mbarry@gelaw.com
lrudy@ktmc.com
ggoodhart@ktmc.com

Jeremy A. Lieberman
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
(212) 661-1100
(212) 661-8665 (fax)
jalieberman@pomlaw.com

*Counsel for Fairholme Plaintiffs*

*/s/ Charles J. Cooper*
Charles J. Cooper
*Attorney of Record*

*Of Counsel*
David H. Thompson
Vincent J. Colatriano
Peter A. Patterson
Brian W. Barnes
COOPER &KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
ccooper@cooperkirk.com
vcolatriano@cooperkirk.com
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com

*Counsel for Owl Creek, Akanthos, Appaloosa, CSS, and Mason Plaintiffs*

*/s/ Lawrence D. Rosenberg*
Lawrence D. Rosenberg
*Attorney of Record*

*Of Counsel*
Bruce S. Bennett
C. Kevin Marshall
Michael C. Schneidereit
Alexandria M. Ordway
Chané Buck
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C.  20001
Tel.: (202) 879-3939
Fax: (202) 626-1700
ldrosenberg@jonesday.com

---

*Counsel For Fisher And Reid Plaintiffs*

*/s/ Robert C. Schubert*
Robert C. Schubert
*Attorney of Record*

*Of Counsel*
Noah M. Schubert
Miranda P. Kolbe
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
(415) 788-4220
(415) 788-0161 (fax)
rschubert@sjk.law
nschubert@sjk.law
mkolbe@sjk.law

*Of Counsel*
Edward F. Haber
SHAPIRO HABER &URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939
(617) 439-0134 (fax)
ehaber@shulaw.com

**Counsel For Rafter Plaintiffs**

/s/ Gregory P. Joseph
Gregory P. Joseph
*Attorney of Record*

*Of Counsel*
Mara Leventhal
Sandra M. Lipsman
Christopher J. Stanley
Roman Asudulayev
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
(212) 407-1200
(212) 407-1280 (fax)
gjoseph@jha.com
mleventhal@jha.com
slipsman@jha.com
cstanley@jha.com
rasudulayev@jha.com

**Counsel For Arrowood Plaintiffs**

/s/ Michael H. Barr
Michael H. Barr
*Attorney of Record*

*Of Counsel*
Richard M. Zuckerman
Sandra Hauser
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700
(212) 768-6800 (fax)
1900 K Street, NW
michael.barr@dentons.com
richard.zuckerman@dentons.com
sandra.hauser@dentons.com

Drew W. Marrocco
1900 K Street, N.W.
Washington, DC 20006
(202) 408-6400
(202) 408-6399 (fax)
drew.marrocco@dentons.com

**Counsel for Washington Federal Plaintiffs**

/s/ Steve W. Berman
Steve W. Berman
*Attorney of Record*
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com

*Of Counsel*
Jennifer Fountain Connolly
HAGENS BERMAN SOBOL SHAPIRO LLP
1701 Pennsylvania Ave. NW, Suite 200
Washington, D.C. 20006
Telephone: (202) 248-5403
Facsimile: (202) 580-6559
E-mail: jenniferc@hbsslaw.com

*Of Counsel*
Robert M. Roseman
James E. McGovern
Andrew N. Dodemaide
SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
E-mail: rroseman@srkattorneys.com
E-mail: jmcgovern@srkattorneys.com
E-mail: adodemaide@srkattorneys.com

*Counsel For Defendant*

                                        JOSEPH H. HUNT
                                        Assistant Attorney General

                                        s/ Robert E. Kirschman, Jr.
                                        ROBERT E. KIRSCHMAN, JR.
                                        Director

                                        s/ Kenneth M. Dintzer
OF COUNSEL:                             KENNETH M. DINTZER
                                        Deputy Director
                                        Commercial Litigation Branch
ELIZABETH M. HOSFORD                    Civil Division
FRANKLIN E. WHITE, JR.                  U.S. Department of Justice
Assistant Directors                     P.O. Box 480
                                        Ben Franklin Station
ERIC E. LAUFGRABEN                      Washington, DC 20044
Senior Trial Counsel                    Telephone: (202) 616-0385
                                        Facsimile:  (202) 307-0973
MARIANA T. ACEVEDO                      Email:  Kenneth.Dintzer@usdoj.gov
RETA E. BEZAK
Trial Attorneys