# In the United States Court of Federal Claims

Nos. 13-608C and 13-672C
(Filed: November 18, 2019)

```
*************************************
BRYNDON FISHER et al.,              *
                                    *
            Plaintiffs,             *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
*************************************
```

## ORDER

On November 18, 2019, the parties filed a joint motion for leave to use electronic and cellular devices at the November 19, 2019 oral argument. The court **GRANTS** the motion. The following attorneys are permitted to use laptops, tablets, and/or cellphones during the oral argument:

| | | |
|---|---|---|
| Jeffrey Altman | Patrick Lafferty | Lisa Aiken |
| Brian W. Barnes | C. Kevin Marshall | Reta Bezak |
| Bruce S. Bennett | Peter A. Patterson | Kenneth M. Dintzer |
| Vincent Colatriano | Lawrence D. Rosenberg | Elizabeth M. Hosford |
| Charles J. Cooper | Michael C. Schneidereit | Eric E. Laufgraben |
| Richard Engman | Noah Schubert | Katherine Reilly |
| Ed Haber | Christopher Stanley | Michael Sitcov |
| Hamish Hume | David H. Thompson | Asim Varma |
| Gregory Joseph | Patrick Vallely | Franklin E. White, Jr. |
| Steve Krause | Richard M. Zuckerman | |
| Dan Krueger | Mariana Teresa Acevedo | |

**IT IS SO ORDERED.**

                                                 s/ Margaret M. Sweeney
                                                 MARGARET M. SWEENEY
                                                 Chief Judge