# In the United States Court of Federal Claims

Nos. 13-608C and 13-672C
(Filed: January 28, 2020)

```
*************************************
BRYNDON FISHER et al.,              *
                                    *
            Plaintiffs,             *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
*************************************
```

**ORDER**

In the interest of judicial economy and preserving the parties' resources, the court **STAYS** consideration of defendant's motion to dismiss pending the determination of further proceedings in Fairholme Funds, Inc. v. United States, No. 13-465C.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Chief Judge