# In the United States Court of Federal Claims

Nos. 13-608C and 13-672C
(Filed: February 27, 2020)

```
*************************************
BRYNDON FISHER et al.,            *
                                  *
            Plaintiffs,           *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
            Defendant.            *
*************************************
```

**ORDER**

The court will hold a status conference in this case and the eleven other related cases in which defendant filed a motion to dismiss. The status conference will be held on **Thursday, March 5, 2020, at 2:00 PM (EST)** at the Howard T. Markey National Courts Building, 717 Madison Place NW, Washington, DC. The parties may appear in person or telephonically. The court will send the parties, via electronic mail, an agenda and instructions on how to call in to the status conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Chief Judge
