# In the United States Court of Federal Claims

Nos. 13-608C and 13-672C
(Filed: March 6, 2020)

```
*************************************
BRYNDON FISHER et al.,              *
                                    *
            Plaintiffs,             *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
*************************************
```

## ORDER

On March 6, 2020, defendant filed an unopposed motion for an extension of time to respond to plaintiffs' motion to lift the stay. The court **GRANTS** the unopposed motion; defendant shall file its response by **no later than Wednesday, March 18, 2020.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Chief Judge
