IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BRYNDON FISHER, *et al.*, | |
| Plaintiffs, | No. 13-608 C |
| | (Chief Judge Sweeney) |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |
| BRUCE REID, *et al.*, | |
| Plaintiffs, | No. 14-152 C |
| | (Chief Judge Sweeney) |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

JOINT STATUS REPORT

On May 8, 2020, this Court issued its Opinion and Order on the Government's omnibus motion to dismiss the above-captioned actions. *Fisher*, ECF 71; *Reid*, ECF 57. The Court filed its Opinion and Order under seal and directed the parties, by no later than May 18, 2020, to file a joint status report indicating their agreement concerning any proposed redactions. Pursuant to the Court's order, the parties notify the Court that they do not believe any redactions to the Opinion and Order are required. Accordingly, the Opinion and Order may be filed on the public docket in each of the respective cases.

Respectfully submitted,

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | /s/ Robert C. Schubert<br>ROBERT C. SCHUBERT<br>*Counsel of Record for Plaintiffs* |
| s/ Robert E. Kirschman, Jr.<br>ROBERT E. KIRSCHMAN, JR.<br>Director | SCHUBERT JONCKHEER & KOLBE LLP<br>Three Embarcadero Ctr Ste 1650<br>San Francisco, CA 94111-4018<br>(415) 788-4220<br>(415) 788-0161 (fax) |
| s/ Kenneth M. Dintzer<br>KENNETH M. DINTZER<br>Deputy Director<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>P.O. Box 480 Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 616-0385<br>(202) 307-0972 (fax)<br>Kenneth.Dintzer@usdoj.gov | rschubert@sjk.com<br><br>*Of Counsel*:<br>Noah M. Schubert<br>Miranda P. Kolbe<br>SCHUBERT JONCKHEER & KOLBE LLP<br><br>Edward F. Haber<br>SHAPIRO HABER & URMY LLP |
| *Attorneys for Defendant* | *Counsel for Plaintiffs* |

Date:  May 18, 2020