IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BRYNDON FISHER, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>            Defendant. | No. 13-608C<br>(Judge Sweeney) |
| BRUCE REID, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>            Defendant. | No. 14-152C<br>(Judge Sweeney) |

## *FAIRHOLME* PLAINTIFFS' MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF NEITHER PARTY

The Plaintiffs in *Fairholme Funds, Inc. v. United States*, No. 13-465 (Fed. Cir.), respectfully move for leave to file the attached amicus brief in support of neither party relating to the *Fisher* and *Reid* Plaintiffs' motion to certify an interlocutory appeal. Although the *Fairholme* Plaintiffs take no position on the ultimate question whether the Court should certify interlocutory appeals in *Fisher* and *Reid*, they seek leave to file an amicus brief that responds to the motion's unfounded allegation that the *Fairholme* Plaintiffs "face a significant conflict of interest" and cannot be trusted to vigorously press their derivative claims on interlocutory appeal. The *Fairholme* Plaintiffs ought to be permitted to respond to the charges against them and further submit that the attached amicus brief will be useful to the Court.

1

| | |
|---|---|
| Date:  June 1, 2020 | Respectfully submitted, |
| | s/ Charles J. Cooper |
| *Of counsel*: | Charles J. Cooper |
| David H. Thompson | *Counsel of Record* |
| Vincent J. Colatriano | COOPER & KIRK, PLLC |
| Peter A. Patterson | 1523 New Hampshire Avenue, N.W. |
| Brian W. Barnes | Washington, D.C. 20036 |
| COOPER & KIRK, PLLC | (202) 220-9600 |
| 1523 New Hampshire Avenue, N.W. | (202) 220-9601 (fax) |
| Washington, D.C. 20036 | ccooper@cooperkirk.com |
| (202) 220-9600 | |
| (202) 220-9601 (fax) | |