IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**Bryndon Fisher**, **Bruce Reid**, and **Erick Shipmon**, derivatively on behalf of **Federal National Mortgage Association**,

     Plaintiffs,

 v.

**The United States of America**,

     Defendant,

and **Federal National Mortgage Association**,

     Nominal Defendant.

No. 13-608C
(Judge Sweeney)

**Bruce Reid** and **Bryndon Fisher**, derivatively on behalf of **Federal Home Loan Mortgage Corporation**,

     Plaintiffs,

 v.

**The United States of America**,

     Defendant,

and **Federal Home Loan Mortgage Corporation**,

     Nominal Defendant.

No. 14-152C
(Judge Sweeney)

### Derivative Plaintiffs' Response to Fairholme
### Plaintiffs' Motion for Leave to File Amicus Brief

On June 1, 2020, the plaintiffs in *Fairholme Funds, Inc. v. United States*, No. 13-465, moved for leave to file an amicus brief in support of neither party in response to Derivative Plaintiffs' motion to certify the Court's order denying the Government's motion to dismiss for interlocutory appeal. Although Derivative Plaintiffs disagree with the substance of Fairholme's proposed amicus brief, they do not oppose their motion for leave to file it. Derivative Plaintiffs intend to respond to Fairholme's arguments in their reply brief, due June 8, 2020, in support of their motion to certify this Court's decision for interlocutory appeal.

DATED: June 3, 2020

**SCHUBERT JONCKHEER & KOLBE LLP**

BY: /s/ Robert C. Schubert

Robert C. Schubert
Attorney of Record
*rschubert@sjk.law*

Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
Ph: 415.788.4220
Fx: 415.788.0161

OF COUNSEL:

**SCHUBERT JONCKHEER & KOLBE LLP**

Noah M. Schubert
*nschubert@sjk.law*

Miranda P. Kolbe
*mkolbe@sjk.law*

Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
Ph: 415.788.4220
Fx: 415.788.0161

**Shapiro Haber & Urmy LLP**

Edward F. Haber
*ehaber@shulaw.com*

2 Seaport Lane
Boston, MA 02210
Ph: 617.439.3939
Fx: 617.439.0134

*Attorneys for Plaintiffs*