NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**BRYNDON FISHER, BRUCE REID, ERICK SHIPMON,**
*Plaintiffs-Petitioners*

**FEDERAL NATIONAL MORTGAGE ASSOCIATION,**
*Plaintiff*

**v.**

**UNITED STATES,**
*Defendant-Respondent*

_____

2020-138, -139

_____

On Petitions for Permission to Appeal pursuant to 28 U.S.C. Section 1292(d)(2) from the United States Court of Federal Claims in Nos. 1:13-cv-00608-MMS and 1:14-cv-00152-MMS, Chief Judge Margaret M. Sweeney.

_____

**ON PETITION**

_____

Before O'MALLEY, BRYSON, and TARANTO, *Circuit Judges.*

BRYSON, *Circuit Judge.*

**O R D E R**

2                                                      FISHER v. US

Bryndon Fisher, Bruce Reid, and Erick Shipmon peti-
tion for permission to appeal pursuant to 28 U.S.C.
§ 1292(d)(2) from the interlocutory order certified by the
United States Court of Federal Claims.  The United States
opposes the petitions.

Under the express language of § 1292(d)(2), this court
has "discretion" whether to "permit an appeal" under the
provision.  *See Digit. Equip. Corp. v. Desktop Direct, Inc.*,
511 U.S. 863, 883 n.9 (1994) (noting "broad" discretion un-
der the similar provision of 28 U.S.C. § 1292(b) for interloc-
utory appeals from United States district courts).  Having
considered the matter, we decline to permit interlocutory
review here.

Accordingly,

IT IS ORDERED THAT:

The petitions for permission to appeal are denied with-
out prejudice to seeking leave to participate in *Fairholme
Funds, Inc. v. United States*, Nos. 2020-1912, -1914, as
*amici*.

FOR THE COURT

August 21, 2020          /s/ Peter R. Marksteiner
      Date               Peter R. Marksteiner
                         Clerk of Court

s25