IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BRYNDON FISHER, et al.,           ) | |
|                                       ) | |
|     Plaintiffs,                    ) | No. 13-608 |
|                                       ) | (Chief Judge Sweeney) |
| v.                                  ) | |
|                                       ) | |
| THE UNITED STATES,        ) | |
|                                       ) | |
|     Defendant.                   ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Eric Laufgraben as attorney of record for the United States. I am replacing Kenneth Dintzer as principal attorney. Service of all papers by opposing parties should be addressed as follows:

> Eric Laufgraben
> Senior Trial Counsel
> Commercial Litigation Branch
> Civil Division
> United States Department of Justice
> P.O. Box 480
> Ben Franklin Station
> Washington, D.C. 20044

                                                           s/Eric Laufgraben
                                                   ERIC E. LAUFGRABEN
                                                     Senior Trial Counsel
                                       Commercial Litigation Branch
                                                              Civil Division
                                             Telephone: (202) 353-7995
                                             Facsimile: (202) 353-0461
Dated: September 30, 2020                Email: Eric.E.Laufgraben@usdoj.gov