# In the United States Court of Federal Claims

Nos. 13-608C and 13-672C
(Filed: October 5, 2020)

```
*************************************
BRYNDON FISHER et al.,               *
                                     *
            Plaintiffs,              *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
            Defendant.               *
*************************************
```

## ORDER

  To eliminate any ambiguity regarding the filing deadline for the parties' next joint status report ("JSR"), the court notes that the continuation of the stay in this matter is tied to the resolution of the interlocutory appeal filed by the plaintiffs in <u>Fairholme Funds, Inc. v. United States</u>, Case No. 13-465C, which is pending before the United States Court of Appeals for the Federal Circuit ("Federal Circuit").  <u>See</u> Opinion of May 8, 2020.  Subsequently, the court set a JSR deadline related to the interlocutory appeal request filed by plaintiffs in the subject matter, which the Federal Circuit rejected.  <u>See</u> Order of June 11, 2020.  Because the continuation of stay in this case remains tied to the outcome of the <u>Fairholme Funds</u> interlocutory appeal, the parties shall file a JSR **within 21 days** of the completion of the <u>Fairholme Funds</u> interlocutory appeal.

  **IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Chief Judge
