# In the United States Court of Federal Claims

Nos. 13-608 C and 13-672 C
(consolidated)
(Filed: January 4, 2021)

```
*****************************************
BRYNDON FISHER and BRUCE REID,           *
derivatively on behalf of Federal National *
Mortgage Association; and ERICK          *
SHIPMON                                  *
            Plaintiffs                   *
                                         *
        v.                               *
                                         *
THE UNITED STATES                        *
            Defendant                    *
                                         *
*****************************************
```

## ORDER

    Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, "for the efficient administration of justice," the above-captioned case is transferred to Judge Stephen S. Schwartz.

    **IT IS SO ORDERED.**

s/ Eleni M. Roumel
ELENI M. ROUMEL
Chief Judge
