# In the United States Court of Federal Claims

Nos. 13-608 C and 13-672 C
(consolidated)
(Filed: January 4, 2021)

**BRYNDON FISHER and BRUCE REID,**
derivatively on behalf of Federal National
Mortgage Association; and **ERICK
SHIPMON**
      Plaintiffs

v.

**THE UNITED STATES**
      Defendant

NOTICE OF REASSIGNMENT TO:
Judge Stephen S. Schwartz

      Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, this case has been reassigned to the above judge.

_____
Clerk of Court