# In the United States Court of Federal Claims

| | |
|---|---|
| BRYNDON FISHER and BRUCE REID, derivatively on behalf of Federal National Mortgage Association; and ERICK SHIPMON,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Nos. 13-608C and 13-672C<br>     (Consolidated)<br><br>     (Filed: March 15, 2022) |

### ORDER

Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, and because I find that the transfer of the above-captioned case is necessary for the efficient administration of justice, this case shall be transferred to Judge Margaret M. Sweeney by the Clerk of Court.

**IT IS SO ORDERED.**

                                                   s/Elaine D. Kaplan
                                                   ELAINE D. KAPLAN
                                                   Chief Judge