# In the United States Court of Federal Claims

Case No. 13-608 C and 13-672 C
(Consolidated)
Filed: March 15, 2022

| | |
|---|---|
| **BRYNDON FISHER and BRUCE RIED,** derivatively on behalf of Federal National Mortgage Association; and **ERICK SHIPMON,** v. | **NOTICE OF REASSIGNMENT TO:** Judge Margaret M. Sweeney |
| **THE UNITED STATES** | |

Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, this case has been reassigned to the above judge.

Lisa L. Reyes
Clerk of Court