IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **BRYNDON FISHER** and **BRUCE RIED,** derivatively on behalf of Federal National Mortgage Association; and **ERICK SHIPMON,**<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>**THE UNITED STATES,**<br><br>　　　　　　　Defendant. | No. 1:13-cv-00608-MMS<br>(Judge Sweeney) |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective immediately, the law firm Schubert Jonckheer & Kolbe LLP has changed its address to the following:

**2001 Union Street, Suite 200**
**San Francisco, California 94123**

All of the firm's other contact information remains unchanged.

DATE: December 5, 2022　　　　　　**SCHUBERT JONCKHEER & KOLBE LLP**

　　　　　　　　　　　　　　　　　　By:　　/s/ Robert C. Schubert

　　　　　　　　　　　　　　　　　　Robert C. Schubert
　　　　　　　　　　　　　　　　　　Attorney of Record
　　　　　　　　　　　　　　　　　　rschubert@sjk.law
　　　　　　　　　　　　　　　　　　2001 Union Street, Suite 200
　　　　　　　　　　　　　　　　　　San Francisco, California 94123
　　　　　　　　　　　　　　　　　　Telephone: 415.788.4220
　　　　　　　　　　　　　　　　　　Fx: 415.788.0161