IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |  | |
|---|---|---|---|
| BRYNDON FISHER et al., | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | | |
| v. | ) | Nos. 13-608C & 13-672C | |
| | ) | (Senior Judge Margaret M. Sweeney) | |
| THE UNITED STATES, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of Anthony F. Schiavetti, as attorney of record for the United States.  Service of all papers by opposing parties should be addressed as follows:

Anthony F. Schiavetti
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

s/ Anthony F. Schiavetti
ANTHONY F. SCHIAVETTI
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-7572
Facsimile:  (202) 307-0972
Email: Anthony.F.Schiavetti@usdoj.gov

Dated: January 30, 2023