# In the United States Court of Federal Claims

Nos. 13-608C and 13-672C
(Filed:  February 2, 2023)

```
*************************************
BRYNDON FISHER et al.,               *
                                     *
              Plaintiffs,            *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
              Defendant.             *
*************************************
```

**ORDER**

      On January 30, 2023, the parties in the above-captioned case filed a joint status report.  They state that the interlocutory appeals process for which this case was stayed has concluded.  See Fairholme Funds, Inc. v. United States, 26 F.4th 1274 (Fed. Cir. 2022), cert. denied, Nos. 22-99, 22-100, 2023 WL 124023 (U.S. Jan. 9, 2023).  Plaintiffs require additional time, however, to review the relevant cases to determine whether further proceedings will be needed in this case.  "The parties jointly request, therefore, that the Court permit the parties to file another joint status report within 14 days, by February 13, 2023, regarding whether further proceedings will be required."  Joint Status Rep. 2.  Accordingly, the parties shall file a joint status report by **no later than Monday, February 13, 2023**, regarding further proceedings, if any, in this case.

      **IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Senior Judge
