# In the United States Court of Federal Claims

Nos. 13-608C and 13-672C
(Filed: March 31, 2023)

```
*************************************
BRYNDON FISHER et al.,              *
                                    *
            Plaintiffs,             *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
*************************************
```

## **ORDER**

      On March 30, 2023, defendant in the above-captioned case filed an unopposed motion to enlarge the briefing schedule set in the court's order to show cause. Defendant requires additional time to develop its position regarding preclusion principles and the effect of binding precedent on plaintiffs' claims. For the reasons stated therein, defendant's motion is **GRANTED**. Accordingly, defendant shall **FILE** its responsive brief by **no later than Friday, June 2, 2023**. Plaintiffs shall **FILE** their reply brief, if any, by **no later than Friday, June 16, 2023**.

      **IT IS SO ORDERED.**

                                                 s/ Margaret M. Sweeney
                                                 MARGARET M. SWEENEY
                                                 Senior Judge