# In the United States Court of Federal Claims

Nos. 13-608C and 13-672C
(Filed: May 31, 2023)

```
*************************************
BRYNDON FISHER et al.,               *
                                     *
            Plaintiffs,              *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
            Defendant.               *
*************************************
```

## ORDER

    On May 31, 2023, defendant in the above-captioned case filed an unopposed motion to enlarge the briefing schedule set in the court's order to show cause. Defendant requires additional time to prepare its brief due to counsel's recent injury. For the reasons stated therein, defendant's motion is **GRANTED**. Accordingly, defendant shall **FILE** its responsive brief by **no later than Friday, June 16, 2023**. Plaintiffs shall **FILE** their reply brief, if any, by **no later than Friday, July 21, 2023**.

    **IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Senior Judge
