# In the United States Court of Federal Claims

Nos. 13-608C and 13-672C
(Filed: August 15, 2023)

```
*************************************
BRYNDON FISHER et al.,              *
                                    *
              Plaintiffs,           *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant.            *
*************************************
```

**ORDER**

The court has before it defendant's unopposed motion, filed August 14, 2023, for an enlargement of time in which to file its surreply regarding the court's order to show cause. For the reasons stated in the motion, defendant's motion is **GRANTED**. Accordingly, defendant shall **FILE** its surreply brief by **no later than Friday, August 25, 2023**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Senior Judge
