# In the United States Court of Federal Claims

Nos. 13-608C and 13-672C
(Filed: August 29, 2023)

```
*************************************
BRYNDON FISHER et al.,              *
                                    *
            Plaintiffs,             *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
*************************************
```

**ORDER**

On March 8, 2018, plaintiffs filed their second amended consolidated derivative complaint under seal. Plaintiffs are bound by a protective order filed in a related case that requires them to file a public, redacted version of each of their sealed filings in this case. See Fairholme Funds, Inc. v. United States, No. 13-465C (Fed. Cl. Aug. 20, 2018) (third amended protective order). Accordingly, plaintiffs shall **FILE** a public, redacted version of their second amended complaint by **no later than Friday, September 29, 2023**.

    IT IS SO ORDERED.

                                                  s/ Margaret M. Sweeney
                                                  MARGARET M. SWEENEY
                                                  Senior Judge