# In the United States Court of Federal Claims

Nos. 13-608 C and 13-672 C
(consolidated)
Filed: September 8, 2023

**BRYNDON FISHER, et al.**
   **Plaintiffs**

   v.             **JUDGMENT**

**THE UNITED STATES**
   **Defendant**

Pursuant to the court's Opinion and Order, filed September 1, 2023,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs' second amended complaint is dismissed, with prejudice, for failure to state a claim upon which relief may be granted.  No costs.

              Lisa L. Reyes
              Clerk of Court

        By:  s/ Debra L. Samler

              Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $505.00.