IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Bryndon Fisher**, **Bruce Reid**, and **Erick Shipmon**, derivatively on behalf of **Federal National Mortgage Association**,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>**The United States of America**,<br><br>　　　　　　　Defendant,<br><br>and **Federal National Mortgage Association**,<br><br>　　　　　　　Nominal Defendant. | No. 13-608C<br>(Judge Sweeney) |

### Notice of Appeal

Notice is hereby given that plaintiffs Bryndon Fisher, Bruce Reid, and Erick Shipmon, derivatively on behalf of the Federal National Mortgage Association, in the above-captioned case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on September 8, 2023 (ECF 107).

Dated: October 30, 2023　　　　　　　Schubert Jonckheer & Kolbe LLP

　　　　　　　　　　　　　　　　　　By: /s/ Robert C. Schubert

　　　　　　　　　　　　　　　　　　Robert C. Schubert
　　　　　　　　　　　　　　　　　　Attorney of Record
　　　　　　　　　　　　　　　　　　*rschubert@sjk.law*

　　　　　　　　　　　　　　　　　　2001 Union St Ste 200
　　　　　　　　　　　　　　　　　　San Francisco, CA 94123
　　　　　　　　　　　　　　　　　　Ph: 415.788.4220
　　　　　　　　　　　　　　　　　　Fx: 415.788.0161

| | |
|---|---|
| OF COUNSEL: | **SCHUBERT JONCKHEER & KOLBE LLP**<br><br>Amber L. Schubert<br>*aschubert@sjk.law*<br><br>2001 Union St Ste 200<br>San Francisco, CA 94123<br>Ph: 415.788.4220<br>Fx: 415.788.0161<br><br>**SHAPIRO HABER & URMY LLP**<br><br>Edward F. Haber<br>*ehaber@shulaw.com*<br><br>One Boston Pl Ste 2600<br>Boston, MA 02108<br>Ph: 617.439.3939<br>Fx: 617.439.0134<br><br>*Attorneys for Plaintiffs* |